

# NUMBERS 13-17-00218-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

**CARLOS GARCIA,**                                                   **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                          **Appellee.**

### On appeal from the 428th District Court
### of Hays County, Texas.

# ORDER WITHDRAWING SEALED RECORD

**Before Chief Justice Contreras and Justices Benavides and Silva**
**Order Per Curiam**

The mandate in the above cause has been issued. The Attorney General's office filed a motion to withdraw a sealed portion of the record in the above-referenced cause in order to respond to appellant's federal petition for writ of habeas corpus pursuant to 28 U.S.C. §2254, in cause number 1:21-CV-416-LY-AYA, in the United States District Court for the Southern District of Texas, Austin Division.

Having considered the motion, the Court is of the opinion that the motion should be granted. The motion is hereby GRANTED by this order. The sealed record, consisting of volume 6 of the reporter's record, may now be provided to the Attorney General's office. The Attorney General's office is ordered to agree and abide by the sealing order of the trial court. Counsel is ordered to treat the disc containing the sealed records as confidential and to safeguard it as an official and original court document. Counsel is ordered to maintain the confidentiality of the information contained in this sealed record and is prohibited from disseminating the sensitive information contained within the sealed record to any person.

Additionally, the Attorney General's office is hereby ordered to return the disc containing the sealed portion of the record to the Clerk of the Court on or before September 30, 2021. If the Attorney General's office is unable to return the record at that time, it is ordered to file a response and motion in this Court by notifying this Court of the status of the case and requesting a further extension on the return of the record.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
8th day of July, 2021.